IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PATRICK L. SHERMAN                                                                                          PLAINTIFF

VS.                                         Civil No. 6:13-cv-6126

CLARK COUNTY, ARKANSAS                                                                      DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 5, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6). Judge Bryant recommends that the above-styled case be dismissed with prejudice. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The dismissal of this action constitutes a strike under the PLRA. For this reason, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 1st day of April, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge